NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANZ A. WAKEFIELD, dba CoolTVNetwork.com, Inc.,**
*Plaintiff-Appellant*

**v.**

**EDGIO, INC., fka Limelight Networks, Inc.,**
*Defendant-Appellee*

---

2024-2034

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-00295-JLH, Judge Jennifer L. Hall.

---

**O R D E R**

Upon consideration of the court's September 23, 2025 order and having received no response from Franz A. Wakefield to that order,

IT IS ORDERED THAT:

Pursuant to the court's September 23, 2025 order, the appeal is dismissed for failure to prosecute with each side

2                         WAKEFIELD v. EDGIO, INC.

to bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>October 21, 2025</u>
Date